**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.   : | Case No.: 4:25-cr-00021-CDL-ALS-2 |
| : | |
| **KENNETH HENDERSON,** : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

On July 8, 2025, an Indictment was filed against the above-named defendant charging him with Distribution of Methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2. ECF 1. The Defendant's initial appearance took place on October 28, 2025, at which time the Defendant consented to detention. ECF 36.

A pretrial conference is currently scheduled for December 2, 2025. ECF 41. The Government filed an Unopposed Motion to Continue this matter on November 10, 2025. In support thereof the Government stated that Thomas Wyatt was also named as a co-defendant in the above-captioned matter. ECF 1. Wyatt's initial appearance took place on August 18, 2025. ECF 13. A detention hearing was held on August 20, 2025, and Wyatt was ordered detained pending trial. ECF 24. An Unopposed Motion to Continue Trial was filed on Wyatt's case on August 27, 2025. ECF 29. The Court granted that motion on August 28, 2025, and the matter is presently set for trial in March 2026. ECF 30. The Government filed the instant motion to continue Henderson's matter to that same **March 2026 trial term**.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for March 2026, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. Pursuant to 18 U.S.C. § 3161(h)(6), a reasonable period of delay is excludable from the computation of time when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted. The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act. 18 U.S.C. § 3161(h) (1)(E), (F); (3)(A); and (6).

IT IS FURTHER ORDERED that the pretrial conference set for December 2, 2025, for the above-referenced matter is CANCELED.

SO ORDERED, this 10th day of November, 2025.

S/Clay D. Land
CLAY D. LAND
U. S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA