## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DMSION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No.: 4:25-CR-21 CDL** |
| **KENNETH HENDERSON** | |

## ORDER GRANTING
## MOTION FOR CONTINUANCE

The parties have moved to continue the trial and pretrial conference in the above-captioned matter. (Doc 48). Defendant seeks the continuance to further investigate the case and comprehensively review the discovery. The Government does not object to Defendant's request for a continuance.

Upon due consideration, the Court finds the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny counsel for Defendants the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(B)(i),(iv). Accordingly, Defendant's Motions to Continue (Doc 48) is GRANTED. It is hereby **ORDERED** that the Trial in the above-captioned matter shall be **CONTINUED** to the Court's September 2026 trial term for the Columbus Division. The delay occasioned by this continuance shall be deemed EXCLUDABLE pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED this 14th day of May, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA